STATE of Missouri, Respondent,

v.

Oliver L. TODD, Appellant.

WD 78170

Missouri Court of Appeals, Western District.

ORDER FILED: August 30, 2016

Laura Martin, Kansas City, MO, Counsel for Appellant

Evan Buchheim, Jefferson City, MO, Counsel for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, James Edward Welsh, and Cynthia L. Martin, Judges

### ORDER

Per Curiam:

Oliver L. Todd appeals from the circuit court's judgment convicting him as a persistent offender of two counts of second-degree murder, one count of first-degree assault, and three counts of armed crimi-

nal action after a trial by jury. We affirm. Rule 30.25(b).